***Exhibit 2***

*The Chronicle of Higher Education* seeks a strategic content sales leader to join our Content Revenue department as Director, Institutional Sales and Engagement. The director will be responsible for driving institutional site license, group subscription and premium product content sales by acquiring and retaining university, nonprofit, and corporate clients. The successful candidate will have a demonstrated track record of meeting and exceeding goals in content sales and will be passionate about maintaining and growing *The Chronicle's* market share. The director will help shape site license and premium product strategy and offerings through client knowledge and engagement. The director leads a sales team and an Engagement Manager and reports to the Associate Publisher, Content Revenue.

**Responsibilities:**

**Strategy and leadership**
- Set and lead strategy and execution for Institutional and Corporate markets, including messaging, collateral, communications, pricing, product, and category/prospect prioritization to maximize sales, activation, and engagement.
- Analyze addressable market and identify targeted sales opportunities to expand audience growth.
- Manage 3-person institutional sales and engagement team.
- Oversee management of Salesforce and other systems as needed.

**Sales and Engagement**
- Meet and exceed all sales goals and objectives, as set monthly, quarterly and annually.
- Provide effective sales leadership to ensure the sales team meets and exceeds all sales goals and objectives, as set monthly, quarterly and annually.
- Pursue and develop new business sales in specified, adjacent categories
- Represent *The Chronicle's* site license services and other products/services at appropriate library conferences and other events.
- Manage relationships with various library consortia groups including drafting proposals for renewals, trials, and increasing new member participation and upgraded services.
- Target and develop relationships with new consortia groups.
- Oversee development of site license engagement program and lead site license customer engagement efforts, focusing on strategic and troubled accounts

**Qualifications:**
- Superior sales, objection handling and relationship management skills.
- Highly developed sales strategy skills. Strategic thinker.
- Outstanding verbal and written communication ability; articulate and professional presentation style.
- Outstanding territory management skills.
- Strong collaboration skills.
- Attention to detail and the ability to follow through on the entire sales cycle.
- Ability to work with Salesforce and NetSuite.
- Aptitude for acting in a supervisorial capacity by holding direct reports accountable for performing their job responsibilities at a high standard.
- Ability to understand the buying process within higher education and philanthropy markets is preferred.

**Education and Experience:**

A bachelor's degree and 5+ years of content sales and account management experience, with demonstrated track record of meeting and exceeding revenue expectations. Experience managing sales teams and building sales processes is required. Experience selling content or subscriptions to institutions preferred. Experience with higher education and/or nonprofit clients preferred.

**How to Apply:**

We'd love to hear from you. Send a résumé and salary requirements to audiencedev@chronicle.com with "Director, Institutional Sales and Engagement" in the subject.