# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

| | |
|---|---|
| Hope VanDross | Attorney: Ryan A. Hintzen, Esq. |
| Plaintiff(s), | The Hintzen Law Firm, PLLC |
| VS. | 601 Pennsylvania Ave., NW, #900, South Bldg. |
| | Washington DC 20004 |
| Chronicle of Higher Education, Inc. (The) | |
| Defendant(s). | |



*268687*

**Case Number: 1:20-cv-03595-TJK**

Legal documents received by Same Day Process Service, Inc. on **12/15/2020** at **5:50 PM** to be served upon **Chronicle of Higher Education, Inc. (The), by serving Prentice-Hall Corporation System, Inc. at 1090 Vermont Ave., NW, #430, Washington, DC 20005**

I, **Harvey Jessup**, swear and affirm that on **December 17, 2020** at **12:12 PM**, I did the following:

Served **Chronicle of Higher Education, Inc. (The), by serving Prentice-Hall Corporation System, Inc.** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Standing Order in Civil Cases; Exhibits** to Max Schriner as Authorized Agent of Chronicle of Higher Education, Inc. (The), by serving Prentice-Hall Corporation System, Inc. at 1090 Vermont Ave., NW, #430, Washington, DC 20005.

**Description of Person Accepting Service:**
Sex: Male Age: 30 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Auburn

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **260607**



District of Columbia: SS
Subscribed and Sworn to before me
this 21 day of DECEMBER 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022