**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HOPE VANDROSS | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:20-cv-03595-TJK |
| CHRONICLE OF HIGHER EDUCATION, INC. (The) | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

# SCHEDULING ORDER

Pursuant to the Status Conference held by this Court in the above captioned matter on February 25, 2021 and the parties' Joint LCvR 16.3 Report, it is this _____ day of _____, 2021 hereby ORDERED that the following schedule shall govern further proceedings in this matter:

1. Deadline to Serve Rule 26(a)(1)(A) Disclosures:   March 15, 2021

2. Deadline to Amend the Pleadings or Join Additional Parties:   April 15, 2021

3. Affirmative Rule 26(a)(2) Expert Disclosures:   July 12, 2021

4. Responsive Rule 26(a)(2) Expert Disclosures:   August 11, 2021

5. Deadline to Complete all Fact Discovery:   August 25, 2021

6. Post-Discovery Conference:   To be determined by the court

7. Dispositive Motion Briefing Schedule:

- Deadline to File Motions for Summary Judgment: October 4, 2021

- Deadline to File Responses in Opposition to Motions for Summary Judgment: October 19, 2021

- Deadline to File Replies in Further Support of Motions for Summary Judgment: November 3, 2021

8. Deadline to Complete Expert Discovery: Within 30 days of a decision on dispositive motions

9. Pretrial Conference: To be determined by the court

10. Trial: To be determined by the Court

11. Without prior leave of the Court, no party shall serve discovery beyond the following parameters:

- Interrogatories:  No more than 20 per party;

- Requests for Admissions:  No more than 20 per party;

- Document Requests:  No more than 20 per party;

- Depositions:  No more than 5 non-party depositions per party.

12. Expert depositions shall not occur before the date the Court issues a decision on any dispositive motion(s), and shall be completed within 30 days thereafter if there are any claims remaining for trial.

**IT IS SO ORDERED.**

_____
Timothy J. Kelly
United States District Judge