UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOPE VANDROSS,

    *Plaintiff*,

v.

CHRONICLE OF HIGHER EDUCATION, INC.,

    *Defendant*.

Civil Action No. 20-3595 (TJK)

## SCHEDULING ORDER

Pursuant to the Initial Scheduling Conference held today, February 25, 2021, and the parties' Joint Report submitted pursuant to Fed. R. Civ. P. 26(f) and LCvR 16.3 (ECF No. 9), the Court hereby **ORDERS** that the following schedule shall govern further proceedings:

1. The parties shall serve their Fed. R. Civ. P. 26(a)(1) initial disclosures by March 15, 2021;

2. The parties shall file any motions to join additional parties or to amend the pleadings by April 15, 2021;

3. Each party shall be limited to no more than twenty interrogatories, twenty requests for admission, twenty requests for document production, and five non-party depositions;

4. The parties shall serve their Fed. R. Civ. P. 26(a)(2) expert disclosures by July 12, 2021;

5. The parties shall serve their Fed. R. Civ. P. 26(a)(2) rebuttal expert disclosures by August 11, 2021;

6. Fact discovery shall close on August 25, 2021; and

7. A post-discovery status conference is scheduled for August 27, 2021, at 10:00 a.m. via teleconference, in advance of which the parties shall confer to discuss a joint proposed summary judgment briefing schedule and the possibility of mediating the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: February 25, 2021