# EXHIBIT A
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HOPE VANDROSS | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:20-cv-03595-TJK |
| CHRONICLE OF HIGHER EDUCATION, INC. (The) | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \*

<u>Agreement concerning confidentiality</u>

WHEREAS, I, _____, herby certify that:

1.      I have read the Stipulated Protective Order ("Protective Order") agreed to between Hope VanDross, and The Chronicle of Higher Education, Inc. and entered in the above-captioned action.

2.      I understand and agree to be bound by the terms of the Protective Order and agree to use information, designated as Confidential Information, provided to me only for the purpose of this litigation.

3.      I understand that my failure to abide by the terms of the Protective Order entered in the above-captioned action will subject me, without limitation, to civil and criminal penalties for contempt of Court.

4.      I submit to the jurisdiction of the United States District Court for the District of Columbia solely for the purpose of enforcing the terms of the Protective Order entered in the above-captioned action and freely and knowingly waive any right I may otherwise have to object to the jurisdiction of said Court.

5.      I make this certification this _____ day of _____, 2021.

_____
Name

_____
Address: