The order below is hereby signed.

Signed: September 27 2021



_S. Martin Teel Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TOI J. LAWRENCE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 20-1616-JEB |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | ) ) ) ) | |
| Defendant. | ) ) | |

## MEDIATION PROCEDURES ORDER

This matter has been referred to me for the purpose of mediation. The parties have agreed to a date and time for a settlement conference to be held. It is thus

ORDERED that:

1. The settlement conference will be held via Zoom, and not in person, on **Wednesday, October 27, 2021, at 10:00 a.m. Eastern Time.**

2. The parties and their counsel must comply with each of the following requirements:

PARTICIPANTS IN MEDIATION: The lead attorney(s) for each

party must attend the mediation by videoconference.  The parties may also attend the mediation by videoconference or be immediately available by telephone or other remote means pending the duration of the mediation.  No later than **Wednesday, October 20, 2021,** counsel for each party shall advise me of the name, title, and contact information for each person who will participate in the mediation by videoconference and designate which individuals will have settlement or negotiating authority.  This information should be submitted by email to Aaron Adaway at Aaron_Adaway@dcd.uscourts.gov with a copy to me at martin_teel@dcb.uscourts.gov.  The subject line of the email should identify the case name and docket number.

SETTLEMENT AUTHORITY: An individual with settlement authority must attend the mediation by videoconference or be immediately available by telephone or other remote means.  If circumstances arise that make it impossible to comply with this requirement, counsel for the affected party shall immediately notify Aaron Adaway and me by email at the above-indicated email addresses.

CONFIDENTIAL MEDIATION STATEMENTS: Counsel shall email a confidential mediation statement to Aaron Adaway and me[1] no later than **Wednesday, October 20, 2021.**  The subject line of the email

---

[1] Again, the email addresses are: Aaron_Adaway@dcd.uscourts.gov and martin_teel@dcb.uscourts.gov.

2

should mention the term "Confidential Mediation Statement" and include the case name and docket number.  A party's confidential mediation statement generally should not exceed six pages (but counsel may decide that circumstances justify exceeding that limitation) and should:

- briefly describe the circumstances that gave rise to the litigation and the claims or defenses being raised (with pertinent documentation attached if deemed warranted to facilitate mediation);[2]
- candidly assess the strengths and weaknesses of the parties' claims and defenses;
- identify the important factors (factual, legal, and/or practical) that counsel believes will affect whether the case may be settled;
- if discovery has not been completed, state whether the exchange of any documents or records prior to mediation would make the mediation session more productive and describe the nature of any such documents or records;
- describe the necessary terms in any settlement (*e.g.*, scope of release, any nondisparagement or confidentiality provisions, non-monetary relief,

---

[2] If a trial would involve a battle of expert witnesses, it may be useful to attach the competing experts' reports, and if a party wishes, the party may attach as well the underlying documents supporting the party's position regarding the insured's condition.

>   disposition of related proceedings, *etc*.); and

- describe the status of settlement negotiations including offers or demands that have been made.

RESCHEDULING MEDIATION: If a party or counsel becomes unavailable to attend the scheduled mediation and needs to reschedule, counsel must immediately notify Aaron Adaway and the other counsel in the case.  The party with the scheduling conflict shall bear the responsibility of confirming a new date and time with all counsel and Mr. Adaway.  Once the parties have consented to a new date for mediation (after Mr. Adaway has indicated what dates I can conduct a mediation), counsel for the party with the scheduling conflict shall notify Mr. Adaway of that new date.  The parties need not file a motion to reschedule mediation.

SIGN LANGUAGE INTERPRETING OR TRANSLATION SERVICES: A party or counsel that requires sign language interpreting during mediation shall notify Mr. Adaway and me of that immediately.  If a party requires any other language interpreting or translation service during mediation, counsel for the party requiring that service is responsible for providing it during mediation.

CONTACTING CHAMBERS; PRE-MEDIATION SEPARATE CONFERENCES: If the parties have any questions about the scheduled mediation in this matter, they may contact Aaron Adaway at (202) 354-3321 or by email at Aaaron_Adaway@dcd.uscourts.gov (and they may copy me

on the email if they wish).  On Monday, October 25, 2021, and Tuesday, October 26, 2021, I will be available to confer separately with a party's counsel (and the party, if desired) if that party believes it would be useful to confer in advance of the day of mediation (and after submission of the party's confidential mediation statement), and the party's counsel may contact me directly to arrange such a conference.

    SO ORDERED.

                                                 [Signed and dated above.]

Copies to: All counsel of record.