IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOPE VANDROSS,<br><br>**Plaintiff,**<br><br>v.<br><br>CHRONICLE OF HIGHER EDUCATION, INC. (The),<br><br>**Defendant.** | Case No.: 1:20-cv-03595-TJK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff, Hope VanDross, and Defendant, Chronicle of Higher Education, Inc., jointly stipulate to the voluntary dismissal of all claims with prejudice in the above-captioned civil action, with each side to bear its own attorneys' fees and costs.

DATED:  December 3, 2021,

Respectfully Submitted,

/s/ Ryan A. Hintzen
Ryan A. Hintzen (Bar No. 495538)
The Hintzen Law Firm
601 Pennsylvania Ave., South Building
Suite 900
Washington, DC 20004
(202) 638-6988 – Phone
(202) 639-8238 – Fax
Ryan@Hintzenlf.com

*Attorney for Plaintiff Hope VanDross*

/s/ Eric Paltell
Eric Paltell (Bar No. 445285)
Jordan F. Dunham (Bar No. CA00079)
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland 21093
(410) 727-4300 – Phone
(410) 727-4391 – Fax
EPaltell@KollmanLaw.com
JDunham@KollmanLaw.com

*Attorneys for Defendant The Chronicle of Higher Education, Inc.*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 3, 2021, a copy of the foregoing was filed in compliance with this Court's electronic filing requirements, and in accordance therewith was served electronically to the following pertinent parties of record in this matter:

Eric Paltell (Bar No. 445285)
Jordan F. Dunham (Bar No. CA00079)
Kollman & Saucier, P.A.
The Business Law Building
1823 York Road
Timonium, Maryland 21093
(410) 727-4300 – Phone
(410) 727-4391 – Fax
EPaltell@KollmanLaw.com
JDunham@KollmanLaw.com

*Attorneys for Defendant*
*The Chronicle of Higher Education, Inc.*

                                                          Respectfully Submitted,

                                                          /s/ Ryan A. Hintzen
                                                          Ryan A. Hintzen, Esq.